IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GERMAN LOPEZ MARTINEZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TYSON PREPARED FOODS, INC. <br><br> Defendant. | § § § § § § § § § § § § § | Case No. 4:20-cv-528-P |

## JOINT ADVISORY REGARDING SETTLEMENT

Plaintiff German Lopez Martinez and Defendant Tyson Prepared Foods, Inc. respectfully submit this Joint Advisory Regarding Settlement and in support show as follows:

The Parties have reached a settlement of their dispute and are in the process of preparing dismissal papers. Accordingly, the Parties respectfully request the issuance of a conditional order until the Parties have filed their dismissal papers. The Parties request thirty (30) days to submit closing papers.

Dated June 9, 2021

**Jointly Submitted By:**

*/s/ Kimberly R. Miers*
Kimberly R. Miers
Texas State Bar No. 24041482
Nicole S. LeFave
Texas State Bar No. 24085432
LITTLER MENDELSON, P.C.
A Professional Corporation
100 Congress Avenue, Suite 1400
Austin, Texas  78701
512.982.7250
512.982.7248 (Fax)
kmiers@littler.com
nlefave@littler.com

Kimberly R. Miers
Texas State Bar No. 24041482
LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue, Suite 1500
Dallas, Texas  75201-2931
214.880.8100
214.880.0181 (Fax)
kmiers@littler.com

Lee Schreter *(Admitted Pro Hac Vice)*
Atlanta State Bar No. 629852
LITTLER MENDELSON, P.C.
A Professional Corporation
3424 Peachtree Road, NE, Suite 1200
Atlanta, Georgia  30326
404.233.0330
404.233.2361 (Fax)
lschreter@littler.com

**ATTORNEYS FOR DEFENDANT TYSON PREPARED FOODS, INC.**

*/s/ Ricardo J. Prieto*
Melinda Arbuckle
Texas State Bar No. 24080773
Ricardo J. Prieto
Texas State Bar No. 24062947
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
713.621.2277
713.621.0993 (Fax)
marbuckle@eeoc.net
rprieto@eeoc.net

Joseph A. Fitapelli (admitted PHV)
jfitapelli@fslawfirm.com
Armando A. Ortiz (admitted PHV)
aortiz@fslawfirm.com
Fitapelli & Schaffer, LLP
28 Liberty Street, 30th Floor
New York, New York  10005
212.300.0375

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on the June 9, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing upon all counsel of record.

                */s/ Ricardo J. Prieto*
                Ricardo J. Prieto