IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GERMAN LOPEZ MARTINEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:20-cv-00528-P |
| | § | |
| **TYSON FOODS, INC.,** | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 55):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **13th day** of **July, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE